

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2025

No. 04-25-00194-CR

**EX PARTE** Gerald Simon **GONZALES**

Original Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              H. Todd McCray, Justice

On March 26, 2025, Petitioner, Denise Balbaneda, filed a petition for a writ of habeas corpus on behalf of applicant, Gerald Simon Gonzales. Gonzales was arrested for assault on January 27, 2025, and is currently being detained at the Atascosa County Jail. The Court does not have original habeas jurisdiction over criminal law matters such as this one. *See* TEX. GOV'T CODE ANN. § 22.221(d). Accordingly, the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

It is so **ORDERED** on April 9, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court



---

[1]This proceeding arises out of Cause No. 25-02-0145-CVA, styled *The State of Texas v. Gerald Simon Gonzales*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Russell Wilson presiding.